CARRIE RAYNOR, ADMINISTRATRIX, v. RUNNYMEDE MILLS, INC.

(Filed 24 February, 1932.)

APPEAL by plaintiff from *Grady, J.,* at November Term, 1931, of EDGECOMBE.

Civil action to recover damages for an alleged wrongful death.

Plaintiff's intestate, Tom Raynor, foreman in defendant's mill, was killed by one Cad Harrell, an employee working under the deceased, while the two were on duty in the employ of the defendant.

The case was tried once before and nonsuited. On the present hearing, two defenses were interposed, first *res judicata,* and, second, nonliability under the plaintiff's showing.

From a judgment of nonsuit the plaintiff appeals, assigning errors.

*V. E. Fountain and H. H. Philips for plaintiff.*
*Spruill & Spruill and George M. Fountain for defendant.*

PER CURIAM. A careful perusal of the record leaves us with the impression that the judgment of nonsuit is correct.

Affirmed.

---

BESSIE DAVIS, ADMINISTRATRIX OF J. H. DAVIS, v. D. C. DAVIS.

(Filed 24 February, 1932.)

APPEAL by plaintiff from *Moore, Special Judge,* at September Term, 1931, of HARNETT. Affirmed.

This is an action to recover damages for the death of plaintiff's intestate.

At the close of the evidence for the plaintiff, the defendant moved for judgment as of nonsuit. The motion was allowed, and plaintiff duly excepted.

From judgment dismissing the action as of nonsuit, plaintiff appealed to the Supreme Court.

*A. A. McDonald, F. H. Taylor and Hoyle & Hoyle for plaintiff.*
*Oates & Herring for defendant.*